IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case. No. 3:19-CR-55 (CAR) |
| | : | |
| AMOS HUBBARD, | : | |
| | : | |
| Defendant. | : | |
| | : | |

### ORDER ON GOVERNMENT'S MOTION TO DISMISS INDICTMENT

Before the Court is the Government's Motion to Dismiss the above-styled Indictment against Defendant Amos Hubbard pursuant to Federal Rule of Criminal Procedure 48(a). As good cause, the Government states that Defendant passed away on August 20, 2022.

The Court finds it is in the interest of justice to grant the Government's request. Accordingly, the Court **GRANTS** the Government's Motion to Dismiss Indictment [Doc. 66] and hereby **ORDERS** the pending Indictment against Amos Hubbard to be **DISMISSED**.

**SO ORDERED**, this 24th day of October, 2022.

s/ C. Ashley Royal
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT